KEITH M. WHITE #188536
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Defendant, MARISELA TOLEDO
aka MARISELA TOLEDO GONZALEZ dba
TOLEDITO'S MEXICAN RESTAURANT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>MARISELA TOLEDO aka MARISELA TOLEDO GONZALEZ dba TOLEDITO'S MEXICAN RESTAURANT; DEAN MURPHY,<br><br>　　　　Defendant(s). | NO.　1:14-cv-00882---SAB<br><br>**THIRD STIPULATION TO EXTEND DEFENDANT DEAN MURPHY'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT; and, SECOND STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE; ORDER** |

WHEREAS, this action arises out of the claims of Plaintiff, Ronald Moore ("Moore"), who alleges he is disabled, that he encountered barriers to his full and equal access to the restaurant known as Toledito's Mexican Restaurant, and that said barriers exist in violation of Title III of the Americans with Disabilities Act and parallel California law;

WHEREAS, defendant MARISELA TOLEDO aka MARISELA TOLEDO GONZALEZ dba TOLEDITO'S MEXICAN RESTAURANT ("Toleditos"), is making an effort to resolve this matter without involving her landlord, defendant Dean Murphy ("Murphy," and together with Moore and Toleditos, "the Parties"), which may complicate and unnecessarily add to the costs of litigation;

WHEREAS, Murphy's responsive pleading was due on October 14, 2014 as the result of

a stipulation and Order which extended his deadline to respond by more than 28 days;

WHEREAS, an inspection of the subject property by a certified California access specialist has taken place;

WHEREAS, Toleditos has submitted plans and drawings by Designed Drafting (Vincent Palacios) to the City of Fresno and the Fresno County Health Department which address the access concerns alleged by Moore by combining separate men's and women's restrooms into an accessible Unisex restroom;

WHEREAS, Toleditos wishes to settle the case with Moore on terms that it knows are acceptable to the City and County of Fresno;

WHEREAS, Toleditos needs additional time to obtain approval of the City and County of Fresno which undertaking has consumed more time than was anticipated, but is not the result of any undue delay on the part of Toleditos;

WHEREAS, the scheduling conference in this matter is currently set for October 28, 2014, having been continued once from September 16, 2014 by Order of this Court;

WHEREAS, the Parties wish additional time to attempt resolution of the matter without incurring fees and costs associated with filing further responsive pleadings and preparing for and attending the scheduling conference as currently scheduled;

WHEREAS, the Parties also wish to conserve the Court's resources and time and not unnecessarily burden the Court with a matter that will likely be informally resolved;

WHEREAS, the Parties agree that once the remediation plan is approved by the City and County of Fresno, it is likely that the case will settle without further use of the Court's resources and time;

NOW, THEREFORE, Plaintiff, RONALD MOORE, through his attorney of record, and Defendants, MARISELA TOLEDO aka MARISELA TOLEDO GONZALEZ dba TOLEDITO'S MEXICAN RESTAURANT, through her attorney of record, and, DEAN MURPHY, who is presently self-represented, hereby stipulate as follows:

1.    That the Mandatory Scheduling Conference that was scheduled by the court for October 28, 2014 at 3:00 p.m. be continued to a date after November 26, 2014 at the Court's

1    convenience; and

2        2.    That Defendant DEAN MURPHY'S time to respond to the Complaint be

3    extended to November 18, 2014 which extension exceeds 28 days from the initial deadline.

4

5    Dated: October 20, 2014          COLEMAN & HOROWITT, LLP

6

7                                     By:    /s/ Keith M. White
                                            KEITH M. WHITE
8                                           Attorneys for Defendant,
                                            MARISELA TOLEDO aka MARISELA
9                                           TOLEDO GONZALES dba TOLEDITO'S
                                            MEXICAN RESTAURANT
10

11   Dated: October 20, 2014          MOORE LAW FIRM, P.C.

12

13                                    By:    /s/ Tanya E. Moore
                                            TANYA E. MOORE
14                                          Attorneys for Plaintiff
                                            RONALD MOORE
15

16   Dated: October 20, 2014          By:    /s/ Dean Murphy
                                            Defendant, DEAN MURPHY, In Pro Per
17

18   I attest that I obtained the concurrence of the person(s) whose electronic signature is shown prior

19   to the filing of this document.

20   Dated: October 20, 2014          COLEMAN & HOROWITT, LLP

21

22                                    By:    /s/ Keith M. White
                                            KEITH M. WHITE
23                                          Attorneys for Defendant,
                                            MARISELA TOLEDO aka MARISELA
24                                          TOLEDO GONZALES dba TOLEDITO'S
                                            MEXICAN RESTAURANT
25

26

27

28

3

## ORDER

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Defendant Dean Murphy's response to the Complaint be filed no later than November 18, 2014.

IT IS FURTHER ORDERED that the Mandatory Scheduling Conference currently set for October 28, 2014 be continued to December 16, 2014 at 2:00 p.m. in Courtroom 9 before Magistrate Stanley A. Boone.  The parties are directed to file their joint scheduling report no later than seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **October 21, 2014**

_____

UNITED STATES MAGISTRATE JUDGE

4