Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:14-cv-00882---SAB |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| MARISELA TOLEDO aka MARISELA TOLEDOGONZALEZ dba TOLEDITO'S MEXICAN RESTAURANT, et al., | |
| Defendants. | |

1    IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendant Marisela Toledo aka Marisela Toledo Gonzalez dba Toledito's Mexican Restaurant, the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: October 23, 2014                           MOORE LAW FIRM, P.C.


                                                  /s/ Tanya E. Moore
                                                 Tanya E. Moore
                                                 Attorneys for Plaintiff
                                                 Ronald Moore

                                                 COLEMAN & HOROWITT, LLP


                                                  /s/ Keith M. White
                                                 Keith M. White
                                                 Attorneys for Defendant
                                                 Marisela Toledo aka Marisela Toledo Gonzalez
                                                 dba Toledito's Mexican Restaurant


**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**SO ORDERED**
**Dated: October 28, 2014**

                                                  **/s/ Lawrence J. O'Neill**
                                                 **United States District Judge**